389 A.2d 701

Fels et al., Appellants, v. John/Lawrence Associates, Inc., et al.

Fels et al. v. John/Lawrence Associates, Inc. (et al., Appellant).

Argued March 15, 1978.   William H. Nast, Jr., for appellants at No. 1928;   David E. Lehman, for appellant at No. 2042; No appearance entered nor brief submitted for appellees.

Order and decree affirmed.

389 A.2d 697

Gembe, Appellant, v. Gembe.

Argued March 15, 1978.   Samuel K. Gates, for appellant;   Daniel E. Teeter, for appellee.

Decree affirmed.